DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEXTER BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1630

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michelle Sisco, Judge.

Dexter Bell, pro se.

PER CURIAM.

Affirmed. *See Martinez v. State*, 211 So. 3d 989 (Fla. 2017);

*State v. Whitehead*, 472 So. 2d 730 (Fla. 1985); *Clough v. State*, 136

So. 3d 680 (Fla. 2d DCA 2014); *McDonald v. State*, 133 So. 3d 530

(Fla. 2d DCA 2013); *Robinson v. State*, 37 So. 3d 921 (Fla. 2d DCA

2010); *Hughes v. State*, 22 So. 3d 132 (Fla. 2d DCA 2009); *Valdez-*

*Garcia v. State*, 965 So. 2d 318 (Fla. 2d DCA 2007); *Boyd v. State*, 880 So. 2d 726 (Fla. 2d DCA 2004); *Pitts v. State*, 832 So. 2d 260 (Fla. 2d DCA 2002); *Brown v. State*, 827 So. 2d 1054 (Fla. 2d DCA 2002); *Simms v. State*, 949 So. 2d 373 (Fla. 4th DCA 2007); *Stoute v. State*, 915 So. 2d 1245 (Fla. 4th DCA 2005); *Harris v. State*, 789 So. 2d 1114 (Fla. 1st DCA 2001).

BLACK, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.